IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **BETTER MOUSE COMPANY, LLC,**<br><br>*Plaintiff*,<br><br>v.<br><br>**XEBEC, INC.**<br><br>*Defendant*. | **Civil Action No. 6:22-cv-1277**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Better Mouse Company, LLC ("Plaintiff") hereby voluntarily dismisses all claims in this action with prejudice against Defendant Xebec, Inc. ("Defendant"). Prior to the filing of this notice, Defendant has not filed an answer or a motion for summary judgment.

DATED: February 1, 2023

Respectfully submitted,

By: */s/ Hao Ni*
Hao Ni
Texas Bar No. 24047205
hni@nilawfirm.com
Nicholas Najera
Texas Bar No. 24127049
nnajera@nilawfirm.com

**Ni, Wang & Massand, PLLC**
8140 Walnut Hill Ln., Ste. 500
Dallas, TX 75231
Tel: (972) 331-4600
Fax: (972) 314-0900

*COUNSEL FOR PLAINTIFF*
*BETTER MOUSE COMPANY, LLC*